## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM McLAUGHLIN, <br> d/b/a Five Star Communications, <br><br> Plaintiff, <br><br> v. <br><br> BANKNORTH NA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )  Civil No. 05-03-P-S <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER ACCEPTING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed June 12, 2005, the Recommended Decision (Docket No. 12) is ACCEPTED.

Accordingly, it is ORDERED that Plaintiff's Motion for Summary Judgment (Docket No. 6) is DENIED and Defendant's Motion for Summary Judgment (Docket No. 10) is GRANTED.

      /s/ George Z. Singal  
      Chief United States District Judge

Dated this 11th day of July, 2005.